# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **ARRAIGNMENT AND PLEA MINUTES** |
| v. | |
| **HARSHINDER BHATIA** | CASE NUMBER **17-CR-178** |

| | |
|---|---|
| HONORABLE **NANCY JOSEPH**, presiding | Court Reporter: |
| Deputy Clerk: Karen | Hearing Began: 1:33:35 |
| Hearing Held: **October 24, 2017** | Hearing Ended: 2:02:56 |

**Appearances:**

UNITED STATES OF AMERICA by**: Erica Lounsberry**
HARSHINDER BHATIA, in person, and by: **Alexander Flynn**        ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by: **Maria Mahmoudi**
INTERPRETER: ☐ Sworn

☑ Original Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Misdemeanor    ☑ Felony

| | | | | |
|---|---|---|---|---|
| Speedy Trial Date: | **1/2/18** | District Judge: | **J.P. Stadtmueller** |
| Plea Deadline: | **TO BE SET** | Magistrate Judge: | **Nancy Joseph** |
| Final Pretrial Report | **TO BE SET** | Motions Due: | **TO BE SET** |
| Final Pretrial Conf.: | **TO BE SET** | Responses Due: | **TO BE SET** |
| Jury Trial Date: | **TO BE SET** | Replies Due: | **TO BE SET** |
| Trial Length Estimate: | **1 week** | | |

☑ Defendant advised of rights

☐ Court orders counsel appointed

   ☐ Defendant to reimburse at $ per month
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
   ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by:
   ☑ defendant  ☐ the court

☐ Open file policy applies
   Discovery available: **Initial discovery by the end of this week.**
☐ Court discussed availability for incarcerated defendants
☑ Government to disclose grand jury materials one day prior to trial
☐ Case designated complex
☑ **Scheduling conference:**
   **November 6, 2017 at 3:30 p.m.**
   **before Magistrate Judge Nancy Joseph**

Maximum Penalties: Cnt. #1 --- 10 Yrs. $250,000    3 Yrs. $100
Cnt. #2 --- Life $250,000    5 Yrs. $100
Cnt. #3 --- 5 Yrs. $250,000    3 Yrs. $100
Govt. is requesting this matter be deemed complex based on the age of the investigation and the volume of discovery, which consists of 3 bankers boxes of phone records, subpoenas, school records, witness interviews. Some witnesses will need to brought from India.

Defense requests that the crt. take the complex designation request under advisement until counsel has an opportunity to talk to the govt. regarding the discovery and that a status conference be set.

The court will take the matter under advisement and sets a status conference for 11/6/17 at 3:30 p.m.

**HARSHINDER BHATIA**                                                    **17-CR-178**

The govt. is seeking detention.  This is a presumption case.  The defendant is facing a possible life sentence and it is a crime of violence.

The defendant would object to any detention.  The defendant is a U.S. Citizen.  He has been here for 30+ years.  He has family here and owns his home and several businesses.  There is a dispute as to the facts.  The parties had prior discussions and the defendant did not believe that any charges were going to be filed.  The defendant did not leave knowing the charges were out there.  He has no record.

Court  statements.  The defendant is not a risk of non-appearance.  The factors the court needs to consider do NOT include someone's religion.  The defendant has stable ties and is a citizen.  These are very serious allegations. The govt. alleges that the conduct ceased in 2011.  The court believes that some conditions of release can be found.  The court sets an O/R bond with conditions.

**Conditions of Release:**
- ☑ **Report to Pretrial Services as directed**
- ☐ Execute appearance bond:
  - ☐ Cash only
  - ☐ Property only: Value   Location:
  - ☐ Post property/cash with court     ☐ Approval of AUSA required prior to posting
- ☐ Maintain/seek employment
- ☑ **Surrender passport to:  Clerk of court by 12:00 p.m. on 10/25/17**
- ☐ Obtain no passport
- ☑ **Travel restricted to:  ☑ EDWI ☐**
- ☑ **No direct or indirect contact, by the defendant or others, with complainant (L.K.)**
- ☐ Undergo medical/psychiatric treatment:
- ☑ **No firearms/weapons**
- ☐ Alcohol:  ☐ No excessive use     ☐ No alcohol
- ☐ No use or illegal possession of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Testing for drugs/alcohol     ☐ Pay cost as directed by Pretrial Services
- ☐ Inpatient/outpatient drug treatment program     ☐ Pay cost as directed by Pretrial Services
- ☐ Location Restriction:
  - ☐ Curfew:  ☐ as directed by USPO; or ☐ from:
  - ☐ Home detention with restriction to residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by USPO
  - ☐ Home incarceration with 24-hour-a-day lockdown at residence except for medical necessities and court appearances or other activities specifically approved by the court
- ☐ Submit to location monitoring as directed     ☐ Pay cost as directed by Pretrial Services